IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARICO LATEZ COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:22cv467-WHA-CSC |
| | ) | (WO) |
| KAY IVEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On September 13, 2022, the Magistrate Judge filed a Recommendation (Doc. 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 4) is ADOPTED.

2. Any pending motions are DENIED.

3. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's orders.

A final judgment will be entered separately.

DONE this 4th day of October, 2022.

      /s/ W. Harold Albritton
      SENIOR UNITED STATES DISTRICT JUDGE